Commonwealth *v.* Jackson, Appellant.

Submitted March 8, 1971. Before WRIGHT, P. J., WATKINS, MONTGOMERY, JACOBS, HOFFMAN, SPAULDING, and CERCONE, JJ.

*James R. Clippinger,* Assistant Public Defender, for appellant.

*Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 30, 1971:
Order affirmed.

---

DISSENTING OPINION BY SPAULDING, J.:
I respectfully dissent.

While in prison, appellant filed a petition pursuant to the Post Conviction Hearing Act, Act of January 25, 1966, P. L. (1965) 1580, 19 P.S. 1180-1 *et seq.* (Supp. 1970). His petition alleged, *inter alia,* that his guilty plea was unlawfully induced   On November 12,

1970, the Court of Quarter Sessions of Dauphin County dismissed the petition without a hearing.

I believe appellant's petition alleged sufficient facts concerning the circumstances of his plea to warrant a hearing. Post Conviction Hearing Act, supra, §9; *Commonwealth v. Johnson*, 431 Pa. 522, 246 A. 2d 345 (1968).

HOFFMAN, J., joins in this dissenting opinion.